UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00745HEA (AGF) |
| ) | |
| MICHAEL BRCIK, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on motion of the United States for additional time and to continue the evidentiary hearing [Doc. #19]. Although in its motion the United States requests additional time to file pretrial motions, the Court will assume the government meant to request additional time to respond to Defendant's pretrial motions, as the government references January 25, 2010, which is the deadline for filing responses, and the deadline for filing motions already passed. For good cause shown, the motion of the United States shall be **GRANTED**. Accordingly,

**IT IS HEREBY ORDERED** that the United States shall have until **February 1, 2010** to file its response to Defendant's pretrial motions.

**IT IS FURTHER ORDERED** that the evidentiary hearing shall be continued to **February 5, 2010 at 1:30 p.m.**

**Speedy Trial Finding:** For the reasons set out in the government's motion, the Court finds that to deny the government's request for such additional time would deny the government the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting

the government a brief extension of time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the additional time granted to the government to investigate and respond to Defendant's motions is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

                                       /s/ Audrey G. Fleissig
                                       AUDREY G. FLEISSIG
                                       UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2010.